STEVEN L. DERBY, Esq. (SBN 148372)
CELIA MCGUINNESS, Esq. (SBN 159420)
ANTHONY GOLDSMITH, Esq (SBN 125621)
DERBY, McGUINNESS & GOLDSMITH, LLP
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
info@dmglawfirm.com

Attorneys for Plaintiffs
SUSAN JEFFRIES AND GEORGE FITZGERALD

BARBARA J. PARKER, City Attorney – SBN 069722
MARIA BEE, Chief Assistant City Attorney – SBN 167716
DAVID A. PEREDA, Special Counsel – SBN 237982
CHRISTINA LUM, Deputy City Attorney – SBN 278234
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-4483, Fax: (510) 238-6500
Email: clum@oaklandcityattorney.org

Attorneys for Defendant
CITY OF OAKLAND

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JEFFRIES and GEORGE FITZGERALD,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND and DOES 1 through 20, Inclusive,<br><br>Defendants. | CASE NO. 3:18-cv-04498-KAW<br><br><u>Civil Rights</u><br><br>**STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT WITH PREJUDICE**<br><br>**[PROPOSED] ORDER** |

## STIPULATION

The parties acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of the Complaint

filed by Plaintiffs Susan Jeffries and the City of Oakland, Does 1-20, with each party to bear its own attorney's fees and costs subject to the order continuing jurisdiction to enforce the Court enforceable Settlement Agreement for the Term Thereof (Docket 35).

Further, Cross-Complainant City of Oakland agrees to Dismissal Without Prejudice of the Cross-Claim filed by Cross-Complainant City of Oakland against Producers Associates, and ROES 1-10, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED**

| | |
|---|---|
| September 3, 2019 | DERBY, McGUINNESS & GOLDSMITH, LLP |
| | _/s/_<br>By STEVEN L. DERBY, Esq.<br>Attorneys for Plaintiff<br>SUSAN JEFFRIES |
| September 3, 2019 | OAKLAND CITY ATTORNEY'S OFFICE |
| | _/s/_<br>By CHRISTINA LUM, Esq.<br>Attorneys for Defendant and Cross-Complainant<br>CITY OF OAKLAND |
| September 3, 2019 | ALLEN GLAESSNER HAZELWOOD WERTH |
| | _/s/_<br>By STEVEN D. WERTH, Esq.<br>Attorneys for Cross-Defendant<br>PRODUCERS ASSOCIATES |

**[PROPOSED] ORDER**

Upon mutual agreement of the parties, all claims against Defendants City of Oakland, Does 1-20, are dismissed with prejudice with each party to bear their own attorneys' fees, costs and litigation expenses, and all claims against Cross-Defendants Producers Associates, and Roes 1-10, are dismissed without prejudice with each party to bear their own attorneys' fees, costs, and litigation expenses.

**IT IS SO ORDERED.**

Dated: September 17, 2019

_____
Honorable Kandis A. Westmore
U.S. Magistrate Judge